### PEOPLE v. BRADY *et al.*

### PEOPLE v. LASHER *et al.*

(*Common Pleas of New York City and County, General Term.* December 1, 1890.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION.

    An application to vacate a judgment on a forfeited recognizance cannot be granted unless compliance with Laws N. Y. 1882, c. 410, § 1482, by payment of the expenses, if any, of the apprehension or recapture of the prisoner, is shown.

Motions to vacate judgments on forfeited recognizances against Patrick Brady and John J. Martin, and against John Lasher and another.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*J. R. Fellows*, Dist. Atty., for the People.   *John G. Gilman*, for defend-ants.

BISCHOFF, J. Laws 1882, c. 410, § 1482, require, as a condition to the granting of this application, that the expenses, if any, incurred in the apprehension or recapture of the principal, and the costs and expenses of the proceedings to enforce the forfeiture, shall be paid. See, also, Code Civil Proc. § 352. The certificate of the district attorney, on this application, does not show that the above requirements have been complied with. On production and filing of a proper certificate this application should be granted. All concur.